IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | | |
|---|---|---|
| **Ahmed Wasim** <br> 6299 Blue Dart Pl. <br> Columbia, MD 21045 | * <br><br> * | |
| **Plaintiff** | * | |
| v. | * | |
| **ABF Freight System, Inc.** <br> 3801 Old Greenwood Road <br> Fort Smith, AR 72903 | * <br><br> * | CASE NO.: CAL21-01703 |
| Serve on: <br> CSC-Lawyers Incorporating Service <br> Company, Resident Agent <br> 7 St. Paul Street, Suite 820 <br> Baltimore, MD 21202 | * <br><br> * <br><br> * | |
| & | * | |
| **Donald Stuart Mears** <br> 1823 Slaughter Station Road <br> Hartly, DE 19953 | * <br><br> * | |
| **Defendants** | * | |

## COMPLAINT

NOW COMES, Plaintiff, **Ahmed Wasim** (hereinafter "Wasim"), by and through his attorneys, Turner Sothoron and McGowan & Cecil, LLC and sues **ABF Freight System, Inc.** (hereinafter "ABF") and **Donald Stuart Mears** (hereinafter "Mears") and for reasons states as follows:

### COUNT I
### Ahmed Wasim v. ABF Freight System, Inc.
### Respondeat Superior - Negligence

1. Plaintiff **Wasim** is a resident of Howard County, Maryland.
2. Defendant **Mears** is a resident of Kent County, Delaware.
3. Defendant **ABF** is a business operating in the State of Maryland and in Prince George's County, and is located at 3801 Old Greenwood Road in Fort Smith, Arkansas 72903.

EXHIBIT 2

4. The Plaintiff asserts that he has complied with all conditions precedent to the filing of this action.

5. On or about January 7, 2019, Plaintiff **Wasim** was driving westbound on US-50 towards its intersection with Route 213 in Queen Anne's County, Maryland.

6. At the aforesaid date and location, Defendant **Mears** was operating a 2016 HINO TK – Straight Truck vehicle weighing in excess of 26,000 pounds. Defendant **Mears** was traveling behind Plaintiff **Wasim** and failed to control his speed and rear-ended Plaintiff **Wasim**.

7. Defendant **Mears** owed a duty to operate his commercial vehicle with reasonable care and in accordance with the laws, rules, and regulations then and there in full force and effect in the State of Maryland and breached this duty of care by failing to operate his vehicle in a safe and reasonable manner. Defendant **Mears'** negligence includes:

   A. Operated the motor vehicle without due care for other vehicles lawfully upon the highway;
   B. Failed to keep a proper lookout;
   C. Failed to maintain proper and adequate control over the motor vehicle;
   D. Failed to observe due care and precaution for the safety of the other vehicle and its occupants;
   E. Failed to avoid an accident when it became apparent or where the exercise of reasonable care should have become apparent to the said Defendant operator that by continuing the same course and speed an accident would occur;
   F. Failed to reduce speed to avoid a collision;
   G. Operated the motor vehicle in a reckless manner and with wanton disregard for the safety of persons and property;
   H. Failed to keep a proper distance from the Plaintiff's vehicle traveling in front of him;
   I. Failing to pay full time and attention to the operation of the Plaintiffs' motor vehicle;
   J. Violated the Rules of the Road concerning a Commercial Vehicle in excess of 26,000 pounds;
   K. And in other respects was negligent in the operation of his motor vehicle

#1102

and in violation of the laws of the State of Maryland and Queen Anne's County then and there in effect.

8. At the time of the subject collision with Plaintiff **Wasim** on January 7, 2019 and all times mentioned in this Complaint Defendant **Mears** was an agent/servant and/or employee of Defendant **ABF** and was acting within the scope of his employment. Consequently, Defendant **ABF** is liable for Defendant **Mears'** negligence pursuant to Respondeat Superior.

9. Defendant **Mears'** negligence proximately caused Plaintiff **Ahmed Wasim** to suffer serious physical personal injury, including but not limited to, extreme and permanent pain and suffering, permanent and debilitating injury to her head, body and limbs and to suffer great mental anguish, loss of wages in the past and future, loss of wage earning capacity and medical expenses. All Plaintiff **Wasim's** losses, past, present and prospective were, are and will be due solely and by reason of the negligence of Defendant **Mears** and Defendant **ABF** without any negligence of Plaintiff **Wasim** contributing thereto.

**WHEREFORE,** Plaintiff **Wasim** demands a money judgment against Defendant **ABF** in an amount that exceeds $75,000.00 pursuant to MD Rule 2-305 in compensatory damages, interest and costs.

### COUNT II
### Ahmed Wasim, Individually v. Donald Stuart Mears
### Negligence

Plaintiff adopts by reference the allegations contained in paragraphs 1 through 9 of this Complaint with the effect as if stated herein.

10. Plaintiff **Wasim** is a resident of Howard County, Maryland.

11. Defendant **Mears** is a resident of Kent County, Delaware.

12. Defendant **ABF** is a business operating in the State of Maryland and Prince George's County and is located at 3801 Old Greenwood Road in Fort Smith, Arkansas 72903.

13. The Plaintiff asserts that he has complied with all conditions precedent to the filing of this action.

14. On or about January 7, 2019, Plaintiff **Wasim** was driving westbound on US-50 towards its intersection with Route 213 in Queen Anne's County, Maryland.

15. At the aforesaid date and location, Defendant **Mears** was operating a 2016 HINO TK – Straight Truck vehicle weighing in excess of 26,000 pounds. Defendant **Mears** was

#1102

traveling behind Plaintiff **Wasim** and failed to control his speed and rear-ended the Plaintiff.

16. Defendant **Mears** owed a duty to operate his vehicle with reasonable care and in accordance with the laws, rules, and regulations then and there in full force and effect in the State of Maryland and breached this duty of care by failing to operate his vehicle in a safe and reasonable manner. Defendant **Mears'** negligence includes:

- A. Operated the motor vehicle without due care for other vehicles lawfully upon the highway;
- B. Failed to keep a proper lookout;
- C. Failed to maintain proper and adequate control over the motor vehicle;
- D. Failed to observe due care and precaution for the safety of the other vehicle and its occupants;
- E. Failed to avoid an accident when it became apparent or where the exercise of reasonable care should have become apparent to the said Defendant operator that by continuing the same course and speed an accident would occur;
- F. Failed to reduce speed to avoid a collision;
- G. Operated the motor vehicle in a reckless manner and with wanton disregard for the safety of persons and property;
- H. Failed to keep a proper distance from the Plaintiff's vehicle traveling in front of him;
- I. Failing to pay full time and attention to the operation of the Plaintiffs' motor vehicle;
- J. Violated the Rules of the Road concerning a Commercial Vehicle in excess of 26,000 pounds;
- K. And in other respects was negligent in the operation of his motor vehicle and in violation of the laws of the State of Maryland and Queen Anne's County then and there in effect.

17. Defendant **Mears'** negligence proximately caused Plaintiff **Wasim** to suffer serious physical personal injury, including but not limited to, extreme and permanent pain and suffering, permanent and debilitating injury to his head, body and limbs and to suffer great mental anguish, loss of wages in the past and future, loss of wage earning capacity and medical expenses.

#1102

All Plaintiff **Wasim's** losses, past, present and prospective were, are and will be due solely and by reason of the negligence of Defendant **Mears** without any negligence of Plaintiff **Wasim** contributing thereto.

**WHEREFORE,** Plaintiff **Wasim** demands a money judgment against Defendant **Mears** in an amount that exceeds $75,000.00 pursuant to MD Rule 2-305 in compensatory damages, interest and costs.

Respectfully submitted,

McGowan & Cecil, LLC

*/s/ Turner H. G.*

Turner Sothoron, Esq.
319 Main Street, Suite 300
Laurel, Maryland 20707
(301) 483-9960
E-Mail: turner@lawmcs.com
CPF No.: 1112150160
Attorney for Plaintiff

#1102

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| **Ahmed Wasim** | * |
| 6299 Blue Dart Pl. | |
| Columbia, MD 21045 | * |
| | |
| **Plaintiff** | * |
| | |
| v. | * |
| | |
| **ABF Freight System, Inc.** | *  CASE NO.: CAL21-01703 |
| 3801 Old Greenwood Road | |
| Fort Smith, AR 72903 | * |
| | |
| Serve on: | * |
| CSC-Lawyers Incorporating Service | |
| Company, Resident Agent | * |
| 7 St. Paul Street, Suite 820 | |
| Baltimore, MD 21202 | * |
| | |
| & | * |
| | |
| **Donald Stuart Mears** | * |
| 1823 Slaughter Station Road | |
| Hartly, DE 19953 | * |
| | |
| __Defendants__ | * |

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as to all issues herein.

*/s/ Turner Sothoron*

Turner Sothoron, Esq.
319 Main Street, Suite 300
Laurel, Maryland 20707
(301) 483-9960
E-Mail: turner@lawmcs.com
CPF No.: 1112150160
Attorney for Plaintiff

#1102